874

No. 74–1219. MODERN ASPHALT PAVING & CONSTRUCTION CO. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1249. SKLAROFF ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 74–1260. POMPONIO v. UNITED STATES; and

No. 74–1374. PILUSO v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 511 F. 2d 953.

No. 74–1265. ZIMMER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1290. CAROLLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 74–1517. HELIX WATER DISTRICT v. CAPITAN GRANDE BAND OF MISSION INDIANS. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 74–1540. ERICKSON ET AL., TRUSTEES v. ALVARES ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 74–1644. SHEEHAN v. DOYLE ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 74–6596. SOLORIO-PADILLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.